IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Gary Washington                         *
**Plaintiff,**
                                        *
v.                                              Case No. 19 CV 02473 GLR
                                        *

_____                   *
**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that  Plaintiff Gary Washington
                                                        (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).


☐ The following corporate affiliations exist with _____:
                                                        (name of party)

_____.
                            (names of affiliates)


☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                (names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____         _____
(name of member)                                                                              (state of citizenship)

_____         _____
(name of member)                                                                              (state of citizenship)

_____         _____
(name of member)                                                                              (state of citizenship)

_____         _____
(name of member)                                                                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| 9/18/2019 | /s/ Gayle Horn |
|---|---|
| Date | Signature |
|  | Gayle Horn, Bar No. 6286427 |
|  | Printed name and bar number |
|  | Loevy & Loevy, 311 N. Aberdeen, Chicago, IL 60515 |
|  | Address |
|  | gayle@loevy.com |
|  | Email address |
|  | 312-243-5900 |
|  | Telephone number |
|  | 312-243-5902 |
|  | Fax number |