IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | |
|---|---|
| GARY WASHINGTON, | * |
| Plaintiff, | * |
| v. | * |
| | Case. No.: 1:19-cv-02473-SAG |
| BALTIMORE POLICE DEPARTMENT, et al., | * |
| | * |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Individual Defendants' Agreed Motion to Extend Time in Which to File a Response to Plaintiff's Complaint, it is hereby **ORDERED** on this 21st day of October, 2019 that:

The aforementioned Consent Motion is **GRANTED**; and it is further

**ORDERED** that the deadline upon which Individual Defendants shall file a response to Plaintiff's Complaint be extended up to and including December 2, 2019.

_____
Stephanie A. Gallagher, District Judge
United States District Court for the District of Maryland