**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **GARY WASHINGTON,** | * | |
| **Plaintiff,** | * | |
| v. | * | **Civil No.: 1:19-cv-02473-SAG** |
| **BALTIMORE POLICE DEPARTMENT,** *et al.*, | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of Defendants', Baltimore Police Department and the Mayor and City Council of Baltimore, Motion to Dismiss, and any opposition thereto, it is this _____ day of _____ 2019, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That the Motion is hereby GRANTED; and

2. That the Amended Complaint is hereby DISMISSED as to Defendants with prejudice and without leave to amend; and

3. That judgment is hereby ENTERED in favor of Defendants and against the Plaintiff.

_____
UNITED STATES DISTRICT JUDGE