IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY WASHINGTON, <br><br> Plaintiff <br><br> v. <br><br> BALTIMORE POLICE DEPARTMENT, THOMAS PELLEGRINI, OSCAR REQUER, RICHARD FAHLTEICH, JOHN TEWEY, FRED CERUTI, JOHN MACGILLIVARY, UNKNOWN EMPLOYEES OF THE BALTIMORE POLICE DEPARTMENT, AND MAYOR AND THE CITY COUNCIL OF BALTIMORE, <br><br> Defendants | Case No. 1:19-cv-02473-GLR <br><br> Judge Stephanie A. Gallagher <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Upon consideration, Plaintiff's Motion For Extension of Time is GRANTED. Plaintiff has up until and including January 7, 2020 to respond to Defendants' Motion to Dismiss, Dckt No. 29.

Date: Dec. 4, 2019

Signed: _____
Stephanie A. Gallagher, Judge
UNITED STATES DISTRICT JUDGE