IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 DEC 20 AM 9: 31
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| GARY WASHINGTON,<br><br>Plaintiff<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT, THOMAS PELLEGRINI, OSCAR REQUER, RICHARD FAHLTEICH, JOHN TEWEY, FRED CERUTI, JOHN MACGILLIVARY, UNKNOWN EMPLOYEES OF THE BALTIMORE POLICE DEPARTMENT, AND MAYOR AND THE CITY COUNCIL OF BALTIMORE,<br><br>Defendants | Case No. 1:19-cv-02473-GLR<br><br>Judge Stephanie A. Gallagher<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Upon consideration of the good cause shown in Plaintiff's motion, Plaintiff's Motion For Additional Time to Serve pursuant to Rule 4(m), and the arguments made by co-defendants Defendant MacGillivary is GRANTED. Plaintiff has up until and including who will December 30, 2019 to serve Defendant MacGillivary. not be prejudiced by the extension.

Date: 12/20/19

Signed: _____
Stephanie A. Gallagher, Judge
UNITED STATES DISTRICT JUDGE