# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY WASHINGTON, <br><br> Plaintiff <br><br> v. <br><br> BALTIMORE POLICE DEPARTMENT, THOMAS PELLEGRINI, OSCAR REQUER, RICHARD FAHLTEICH, JOHN TEWEY, FRED CERUTI, JOHN MACGILLIVARY, UNKNOWN EMPLOYEES OF THE BALTIMORE POLICE DEPARTMENT, AND MAYOR AND THE CITY COUNCIL OF BALTIMORE, <br><br> Defendants | Case No. 1:19-cv-02473-GLR <br><br> Judge Stephanie A. Gallagher <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Upon consideration of the good cause shown in Plaintiff's motion to extend the time to serve Defendant MacGillivary, pursuant to Rule 4(m), and the arguments made by co-Defendants who will not be prejudiced by the extension, that motion is GRANTED and the deadline for service shall be extended by 30 days from the date on which a representative of the estate of Defendant MacGillivary is appointed.

Date: _____

Signed: _____
Stephanie A. Gallagher, Judge
UNITED STATES DISTRICT JUDGE