# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY WASHINGTON, | |
| Plaintiff | |
| v. | Case No. 1:19-cv-02473-GLR |
| BALTIMORE POLICE DEPARTMENT, THOMAS PELLEGRINI, OSCAR REQUER, RICHARD FAHLTEICH, JOHN TEWEY, FRED CERUTI, JOHN MACGILLIVARY, UNKNOWN EMPLOYEES OF THE BALTIMORE POLICE DEPARTMENT, AND MAYOR AND THE CITY COUNCIL OF BALTIMORE, | Judge Stephanie A. Gallagher  **JURY TRIAL DEMANDED** |
| Defendants | |

## ORDER

Upon consideration of Plaintiff's motion to appoint a special representative, that motion is GRANTED.

Date: _____

Signed: _____
Stephanie A. Gallagher, Judge
UNITED STATES DISTRICT JUDGE