# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY WASHINGTON, | * |
| Plaintiff, | * |
| v. | |
| | *    Civil No.: 1:19-cv-002473-SAG |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO EXTEND TIME IN WHICH TO FILE A REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS BALTIMORE POLICE DEPARTMENT AND MAYOR AND CITY COUNCIL OF BALTIMORE'S MOTION TO DISMISS

Defendants Baltimore Police Department ("BPD") and the Mayor and City Council of Baltimore ("MCC"), by their undersigned counsel, respectfully file this Consent Motion to Extend the Time in Which to File a Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss, and in support thereof state as follows:

1. Plaintiff filed his Response in Opposition to Defendants Baltimore Police Department and Mayor and City Council of Baltimore's Motion to Dismiss on or about January 7, 2020. ECF No. 37. BPD and MCC's reply is currently due on January 21, 2020.

2. BPD and MCC request a 10-day extension, up to and including January 31, 2019 to file their reply.

3. Counsel for Plaintiff has no objection to such extension.

5. This motion is not filed for any improper purpose or delay.

WHEREFORE, Defendants BPD and MCC, with no objection by Plaintiff, respectfully request a 10-day extension of time to file their reply, up to and including January 31, 2020. A proposed Order is attached.

Respectfully submitted,

/s/
Natalie R. Amato
Baltimore City Law Department
Assistant Solicitor
Federal Bar No. 20749
100 North Holliday Street, Room 101
Baltimore, Maryland 21202
T: 410.396.2496
F: 410.396.2126
Natalie.amato@baltimorecity.gov
*Attorneys for BPD and MCC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2020 a copy of the foregoing Consent Motion for Extension of Time was filed with the United States District Court for the District of Maryland by electronic filing and served on all counsel of record via the Court's electronic filing system.

/s/
Natalie R. Amato (20749)