**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **GARY WASHINGTON,** | * | |
| **Plaintiff,** | * | |
| v. | | |
| | * | Civil No.: 1:19-cv-002473-SAG |
| **BALTIMORE POLICE DEPARTMENT,** *et al.*, | | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendants, the Baltimore Police Department and Mayor and City Council of Baltimore's, Consent Motion to Extend Time in Which to File a Reply to Plaintiff's Response in Opposition to Defendants Baltimore Police Department and Mayor and City Council of Baltimore's Motion to Dismiss, it is this _____ day of January, 2020:

**ORDERED** that the aforementioned Consent Motion is **GRANTED**; and it is further

**ORDERED** that the deadline upon which Defendants, Baltimore Police Department and Mayor and City Council of Baltimore, shall file a reply be extended up to and including January 31, 2020.

_____
Stephanie A. Gallagher, District Judge,
United States District Court for the
District of Maryland