# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY WASHINGTON, | * |
| Plaintiff, | * |
| v. | * |
| | *   Civil No.: 1:19-cv-002473-SAG |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

Upon consideration of Defendants, the Baltimore Police Department and Mayor and City Council of Baltimore's, Consent Motion to Extend Time in Which to File a Reply to Plaintiff's Response in Opposition to Defendants Baltimore Police Department and Mayor and City Council of Baltimore's Motion to Dismiss, it is this 15th day of January, 2020:

**ORDERED** that the aforementioned Consent Motion is **GRANTED**; and it is further

**ORDERED** that the deadline upon which Defendants, Baltimore Police Department and Mayor and City Council of Baltimore, shall file a reply be extended up to and including January 31, 2020.

_____
Stephanie A. Gallagher, District Judge,
United States District Court for the
District of Maryland