IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY WASHINGTON, | Case No. 1:19-cv-02473-GLR |
| Plaintiff | |
| v. | Judge Stephanie Gallagher |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | **JURY TRIAL DEMANDED** |
| Defendants | |

### [PROPOSED] ORDER

Upon a motion by Plaintiff, Gary Washington, this Court hereby GRANTS/DENIES Plaintiff's Motion for A Protective Order to Limit Production of Third-Party Witness Norman Cook's Phone Records and Calls.

Date: _____

Signature: _____
Hon. Stephanie Gallagher