UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

August 1, 2022

LETTER ORDER

RE: *Washington v. Baltimore Police Department*,
Civil No. SAG-19-2473

Dear Counsel:

I have reviewed the joint status report, ECF 156, and rule as follows:

1. Defendants are permitted to keep and review the produced calls, except that they may not review any calls to or from Robert Biddle's telephone number, 410-783-0272. If it becomes clear during the course of Defendants' review that any other phone number is associated with an attorney, Defendants should cease review of any calls associated with that number.

2. After completing their review, Defendants should identify for Plaintiff any calls they deem pertinent or potentially relevant to the instant case.

Despite the informal nature of this letter, it is an order of the Court and will be docketed as such.

Sincerely,

/s/

Stephanie A. Gallagher
United States District Judge