IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY WASHINGTON, | * |
| Plaintiff, | * |
| v. | * |
| | *   Civil Case No. SAG-19-2473 |
| BALTIMORE POLICE DEPT., *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 12th day of April, 2023, ORDERED that the Officer Defendants' Motion for Summary Judgment, ECF 161, is GRANTED and judgment will be entered in favor of Defendants Thomas Pellegrini, Oscar Requer, Richard Fahlteich, John Tewey, and Fred Ceruti.

A teleconference call is set for April 28, 2023 at 9:30 a.m. to discuss the case's status.

/s/
Stephanie A. Gallagher
United States District Judge