IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Gary Washington** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: SAG-19-2473 |
| **Baltimore Police Department** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Plaintiff having filed a Notice of Appeal, ECF 208, and the appeal not yet having been resolved, it is, this 7th day of July, 2023,

HEREBY ORDERED that this action be administratively closed for docket management purposes, pending results of the interlocutory appeal.

/s/
Stephanie A. Gallagher
United States District Judge